**Opinion issued March 18, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-20-00618-CV**

———————————

**YPD TRUCKING CORPORATION, YORJAN PEREZ,
AND POLAR FREIGHT, INC., Appellants**

**V.**

**FAIZA BISMILLA BADARPURA, Appellee**

---

**On Appeal from the 400th District Court
Fort Bend County, Texas
Trial Court Case No. 19-DCV-266920-A**

---

**MEMORANDUM OPINION**

Appellants YPD Trucking Corporation, Yorjan Perez, and Polar Freight, Inc.,

have failed to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file

brief), 38.8(a) (governing failure of appellant to file brief). After being notified on

October 21, 2020 that this appeal was subject to dismissal, appellants did not

respond. *See* TEX. R. APP. P. 42.3(b) (allowing involuntary dismissal of case). Accordingly, we dismiss the appeal for want of prosecution for failure to timely file a brief. We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Landau, and Hightower.